IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

VICKIE ELLIOTT,

    Plaintiff,

vs.                              CASE NO.: 1:14-CV-0057

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendant.

---

## INITIAL CASE MANAGEMENT ORDER

This cause came to be heard on the 7th day of July 2014 upon the scheduled Initial Case Management Conference of the parties.

As per the discussions in open court, the following case management dates shall set in this case.

1. All discovery shall be completed on or before October 31, 2014;

2. Dispositive motions shall be filed on or before December 15, 2014.

It is so ORDERED this the _3rd_ day of _September_, 2014.

                                        JUDGE WILLIAM J. HAYNES, JR.
                                        United States District Court